IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MONA LEE BENNETT<br>*Plaintiff,*<br><br>v.<br><br>NATIONWIDE ASSURANCE COMPANY<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO: 7:23-cv-00383 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Mona Lee Bennett and Defendant Nationwide Assurance Company (collectively, the "Parties") provide notice to the Court that the Parties have agreed to a settlement of all claims in this lawsuit. Accordingly, the Parties respectfully request that any pending matters related to this case be removed from the Court's calendar while the Parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

*(Signatures on following page.)*

Respectfully submitted,

| | |
|---|---|
| */s/ Victor Rodriguez (w/ permission PMK)* | */s/ Patrick M. Kemp* |
| Omar Ochoa | Patrick M. Kemp |
| Texas Bar No. 2081960 | Texas Bar No. 24043751 |
| oochoa@omarochoalaw.com | Southern District No. 38513 |
| Omar Ochoa Law Firm PC | pkemp@smsm.com |
| 121 N. 10th Street. | Segal McCambridge Singer & Mahoney, Ltd. |
| McAllen, Texas 78501 | 100 Congress Avenue, Suite 800 |
| (956) 253-3121 | Austin, Texas 78701 |
| | (512) 476-7834 |
| **ATTORNEY IN-CHARGE FOR PLAINTIFF** | (512) 476-7832 – Facsimile |
| | **ATTORNEY IN-CHARGE FOR DEFENDANT NATIONWIDE ASSURANCE COMPANY** |
| Of Counsel: | |
| | Of Counsel: |
| Victor Rodriguez | |
| Texas Bar No. 562260 | Robert G. Wall |
| victor@vrodriguezlaw.com | Texas Bar No. 24072411 |
| Victor Rodriguez Law Firm PLLC | Southern District No. 1117137 |
| 121 N. 10th Street. | rwall@smsm.com |
| McAllen, Texas 78501 | Cory D. Greenleaf |
| (956) 253-3121 | Texas Bar No. 24136097 |
| | Southern District No. 3855872 |
| | cgreenleaf@smsm.com |
| | Segal McCambridge Singer & Mahoney, Ltd. |
| | 100 Congress Avenue, Suite 800 |
| | Austin, Texas 78701 |
| | (512) 476-7834 – Telephone |
| | (512) 476-7832 – Facsimile |

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this the 21st day of March, 2024 to:

Omar Ochoa
Omar Ochoa Law Firm, PC
121 N. 10th Street
McAllen, Texas 78501
oochoa@omarochoalaw.com

Victor Rodriguez Jr.
Victor Rodriguez Law Firm PLLC
121 N. 10th Street
McAllen, Texas 78501
victor@vrodriguezlaw.com

                                              */s/ Patrick M. Kemp*
                                              Patrick M. Kemp